FILED
U.S. ...
SEP 23 2011
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-

JOSEPH MAZELLA,    11-CR-300 (CBA)

Defendant.
-----------------------------------------------------------------X

Pursuant to the approved mega-case budget under the Criminal Justice Act ("CJA") in this matter, dated August 19, 2011, and in view of the amount of necessary pretrial preparation and expected length of the trial in this case,

**IT IS HEREBY ORDERED,** that Ephraim Savitt, appointed by the Court as the CJA attorney for the defendant JOSEPH MAZELLA, is authorized to submit interim CJA form 20 vouchers for compensation and reimbursement of necessary expenses, without any withholding in approved interim CJA compensation, until further ORDER of the Court.

**IT IS FURTHER ORDERED** that, given the mega-case budget approved by the Court, attorney EPHRAIM SAVITT is authorized to claim payment of the 20% amounts of interim CJA compensation that have been previously withheld.

DATED: Brooklyn, New York
September 21, 2011

s/CBA

_____
HONORABLE CAROL BAGLEY AMON
CHIEF UNITED STATES DISTRICT JUDGE