# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016
WWW.SAVITTESQ.COM

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

May 22, 2012

## SUBMITTED BY ECF AND FAX
## 718-613-2416

Chief Judge Carol B. Amon
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Unites States v. Joseph Mazella,
      11-CR-300 (CBA)

Dear Chief Judge Amon:

This is an urgent humanitarian travel request for my client Joseph Mazella. His father, Joseph Mazella II, is on his deathbed in a hospice in Scottsdale, Arizona. HIs last rites have already been administered. He is about to lose his long battle with cancer. And his death is imminent. A letter from the hospice is attached.

Needless to say, Joe Mazella wishes to say a final good bye to his Dad and, should the funeral take place by May 30th, to help bury him. Time is quickly running out for Joe Mazella to hope to hold his Dad's hand when, as he put it in emails to me, "it is still warm."

We respectfully request that Joe Mazella be permitted to travel to Scottsdale, Arizona as soon as the Court approves for the reasons stated, with 2 provisos: 1) Full compliance with the conditions set forth in the attached email this morning by Probation Officer Anna Lee, who has no opposition to my request on these most serious grounds ; and 2) Return to New York by May 30th, irrespective of any changes in the condition of, and expected funeral arrangements for, his father.

AUSA John Nowak has requested that I convey the government's opposition to this request. I regret that the policy of the Office is so unyielding. Especially in a white collar case where the offender has always complied with his release conditions. Even the VOP has permitted furloughs for convicted racketeers already serving the kind of sentences the government urges in for Mazella to allow them to attend funerals of their parents.

I thank Your Honor for your attention and consideration of my request.

Respectfully submitted,

Ephraim Savitt

Cc:   AUSA John Nowak
      Pretrial Services Officer Anna Lee



# HOSPICE of the Valley

**Administrative Office**
1510 E. Flower St.
Phoenix, AZ
85014.5656
602.530.6900
Fax 530.6901

**Central Clinical Office**
2122 E. Highland Ave.
Suite 100
Phoenix, AZ
85016.4740
602.287.7000
Fax 287.7001

**East Clinical Office**
777 W. Southern Ave.
Suite 301
Mesa, AZ
85210.5062
480.730.5980
Fax 730.6078

**Northeast Clinical Office**
5111 N. Scottsdale Rd.
Suite 108
Scottsdale, AZ
85250.7076
480.663.6500
Fax 663.6501

**West Clinical Office**
9220 W. Peoria Ave.
Suite 128
Peoria, AZ
85345.6133
623.583.4848
Fax 583.3285

A not-for-profit organization

May 20, 2012

Ephraim Sazitt

Re: Joseph L. Mazella

Dear Mr. Sazitt:

Joseph L. Mazella has been a patient of Hospice of the Valley since May 11, 2012. Hospice of the Valley is a not-for-profit organization that cares for individuals nearing life's end.

I respectfully request that consideration be extended to Joseph Mazella III, the son of Joseph L. Mazella, to be given the opportunity to join his family as they care for Mr. Mazella at this very difficult time.

If you need further information regarding this matter, please contact our staff at (602) 530-6900.

Sincerely,

*Sharon Glose, LCSW*

Sharon Glose, LCSW
Medical Social Worker
After Hours Department
Hospice of the Valley

Tamara
___

**From:** Anna_Lee@nyept.uscourts.gov
**Sent:** Tuesday, May 22, 2012 6:04 AM
**To:** Ephraim Savitt
**Cc:** john.nowak@usdoj.gov
**Subject:** Re: FW: Mazella's father is dying

Good Morning Mr. Savitt,

I am sorry to see that Mr. Mazella's father is not doing well.  I will not object if Mr. Mazella will do the following and a court order is obtained:

1) provide information of where his father is located and if there is any recent documentation reflecting that he is not doing well (ie a recent hospital admission or doctor note)
2) provide information including contact numbers as to where he will reside in when he is visiting his father
3) consent to remain on location monitoring wherein he will be on GPS during his time visiting his father

Also in your email, did you mean that Mr. Mazella will self surrender on JUNE 1st without any requests for an adjournment?

Anna Lee
Home Confinement Specialist
Pretrial Services Officer
Tel#: 718-613-2378
Fax#: 718-613-2488


From: "Ephraim Savitt" <ephraim@savittesq.com>
To:      <Anna_Lee@nyept.uscourts.gov>
Cc:      "'ephraim'" <ephraim@savittesq.com>, "'Joseph Mazella'"
         <jmaz4money@gmail.com>
Date: 05/21/2012 06:25 PM
Subject:    FW: Mazella's father is dying


Ms. Lee. Will you consent? ES

Ephraim Savitt, Esq.
260 Madison Avenue
New York, NY 10016
Office: 212-679-4470
Fax: 212-679-6770
ephraim@savittesq.com
www.savittesq.com

From: Ephraim Savitt [mailto:ephraim@savittesq.com]
Sent: Monday, May 21, 2012 6:01 PM
To: 'Joseph Mazella'
Cc: 'ephraim'
Subject: FW: Mazella's father is dying

1

FYI. Sorry I had to put it in those terms. The CJ would have expected me to contact the US Atty and pretrial services officer. Please send me her information, including email. Ty. E

Ephraim Savitt, Esq.
260 Madison Avenue
New York, NY 10016
Office: 212-679-4470
Fax: 212-679-6770
ephraim@savittesq.com
www.savittesq.com

From: Ephraim Savitt [mailto:ephraim@savittesq.com]
Sent: Monday, May 21, 2012 5:59 PM
To: 'john.nowak@usdoj.gov'; 'winston.paes@usdoj.gov'
Cc: 'ephraim'
Subject: FW: Mazella's father is dying

Will you consent to Joe attending his father's funeral? I'm concerned that he will pass away soon. When that happens, I'll get documentation for you.
Mazella will self surrender next Friday, May 1st, no ifs, ands or buts. All I'm asking is attendance at the wake and funeral when the inevitable occurs in the next few days, if not sooner. Ty. E

Ephraim Savitt, Esq.
260 Madison Avenue
New York, NY 10016
Office: 212-679-4470
Fax: 212-679-6770
ephraim@savittesq.com
www.savittesq.com

From: Ephraim Savitt [mailto:ephraim@savittesq.com]
Sent: Monday, May 21, 2012 5:44 PM
To: 'Joseph Mazella'
Cc: 'ephraim'
Subject: RE: Hi E.

OK. E

Ephraim Savitt, Esq.
260 Madison Avenue
New York, NY 10016
Office: 212-679-4470
Fax: 212-679-6770
ephraim@savittesq.com
www.savittesq.com

From: Joseph Mazella [mailto:jmaz4money@gmail.com]
Sent: Monday, May 21, 2012 5:41 PM
To: 'ephraim'
Subject: Hi E.

Since we could not get so much as an acknowledgement from the govt all day, can you send the letter to the CJ and let her know they did not respond, maybe she will say ok?

He is probably not going to make it through the night.

2