# EPHRAIM SAVITT

*Attorney at Law*

260 MADISON AVENUE  
SUITE 2200  
NEW YORK, NEW YORK 10016  
WWW.SAVITTESQ.COM

(212) 679-4470  
FAX: (212) 679-6770  
EPHRAIM@SAVITTESQ.COM

May 24, 2012

**BY ECF**

**Honorable Judge Carol B. Amon**  
**Chief United States District Judge**  
**United States District Court**  
**225 Cadman Plaza East**  
**Brooklyn, NY 11201**

      Re:    <u>Unites States v. Joseph Mazella,</u>  
                11-CR-300 (CBA)

Dear Chief Judge Amon:

    As a follow up to my emergency application to allow my client Joseph Mazella to travel to Arizona to be with his dying father, to which the government objected, please be advised that I received the following email from him at 2:44 p.m. today:

> "My dad died last night, 4 hours and ten minutes after we arrived at the house. Thank you again for your assistance, and if you can relay our gratitude to CJ Amon from my entire immediate family, for her humanitarian decision I would appreciate it.
> Sincerely,
>
> Joe"

I thank Your Honor for your courtesy and immediate response to my travel application.

Respectfully submitted,

Ephraim Savitt

Cc:    All counsel (ECF)  
        P.O. Victoria Aguilar  
        Pretrial Services Officer, Electronic Monitoring Unit,  
        Ana Lee (by fax (718) 613-2488)