# EPHRAIM SAVITT
*Attorney at Law*

260 MADISON AVENUE
SUITE 2200
NEW YORK, NEW YORK 10016
WWW.SAVITTESQ.COM

(212) 679-4470
FAX: (212) 679-6770
EPHRAIM@SAVITTESQ.COM

May 29, 2012

**<u>BY ECF and HAND DELIVERY</u>**
**Honorable Judge Carol B. Amon**
**Chief United States District Judge**
**United States District Court**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

Re:   <u>Unites States v. Joseph Mazella,</u>
        <u>11-CR-300 (CBA)</u>

Dear Chief Judge Amon:

In an order filed by ECF today, the Court <u>sua sponte</u> adjourned the sentencing proceedings for my client Joseph Mazella from June 1 to June 15, 2012 at 9:30 a.m. To the extent that I am incidental beneficiary of the Court's action in that I am presently on trial before Judge Ross, I welcome the adjournment for the scheduling relief.

I respectfully ask that the Court defer the surrender date for Mr. Mazella until June 15th, the scheduled sentencing date. I realize that the Court specifically stated, in granting his continued release, that no additional adjournments will be granted beyond June 1st. But that order contemplated no adjournments of the sentencing date. Mr. Mazella has always complied fully with the conditions of his release, including the allowances given in his geographical conditions. I respectfully ask that, in view of this fact, my client be allowed to appear for his sentencing proceedings on June 15th on his own in appropriate attire, and surrender to the U.S. Marshal after sentence is pronounced on that day.

Mr. Mazella is due to return to New York on Wednesday, May 30th, as per the Court's Order allowing him to visit with his dying (now deceased) father, in anticipation of the originally scheduled June 1st sentencing proceedings. With this letter, on which he is copied, he will learn of the change in date, but will comply with the May 30th return date.

I thank Your Honor for your courtesy and consideration.

Respectfully submitted,

Ephraim Savitt

Cc:   All counsel (ECF)
       P.O. Victoria Aguilar
       Pretrial Services Officer, Electronic Monitoring Unit,
       Ana Lee (by fax (718) 613-2488)